**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK**
_____

**TAMMY J. G.,**

          **Plaintiff,**

          **v.**

**COMMISSIONER OF SOCIAL
SECURITY,**

          **Defendant.**
_____

**6:21-cv-1184
(GLS/DJS)**

## SUMMARY ORDER

Pending is plaintiff Tammy J. G.'s objection to a Report-Recommendation and Order (R&R), (Dkt. No. 13), which recommends that defendant Commissioner of Social Security's decision be affirmed, (Dkt. No. 12). Tammy objects to the R&R, arguing that its "finding that the ALJ properly built a bridge between the evidence relied upon and the ALJ's rejection of the marked limitations contained in [the consultative examiner's] opinion should be rejected." (Dkt. No. 13 at 1-2.)

The objection repeats the substance of arguments made in Tammy's underlying brief, (Dkt. No. 9 at 9-14), which were rejected by the magistrate judge. Thus, Tammy's objection is general and triggers review for clear

error only.[1]  See *Atkyns v. Colvin*, No. 6:13-CV-161, 2014 WL 4637090, at *2 (N.D.N.Y. Sept. 16, 2014) (citing *Almonte v. N.Y. State Div. of Parole*, No. Civ. 904CV484, 2006 WL 149049, at *4 (N.D.N.Y. Jan. 18, 2006)).

Finding no clear error in the R&R, it is adopted in its entirety.

Accordingly, it is hereby

**ORDERED** that the Report- Recommendation and Order (Dkt. No. 12) is **ADOPTED** in its entirety; and it is further

**ORDERED** that the Commissioner's motion for judgment on the pleadings (Dkt. No. 10) is **GRANTED**; and it is further

**ORDERED** that the plaintiff's motion for judgment on the pleadings (Dkt. No. 9) is **DENIED**; and it is further

**ORDERED** that the decision of the Commissioner is **AFFIRMED** and the complaint (Dkt. No. 1) is **DISMISSED**; and it is further

**ORDERED** that the Clerk close this case and provide a copy of this Summary Order to the parties in accordance with the Local Rules of

---

[1] Even if the court were to construe plaintiff's objections as specific and review the R&R under the de novo standard, it would reach the same conclusion that the ALJ's determination should be affirmed for substantially the same reasons the magistrate judge recited in his R&R. (Dkt. No. 12 at 6-13.)

Practice.

**IT IS SO ORDERED.**

March 31, 2023
Albany, New York

_____
Gary L. Sharpe
U.S. District Judge